**UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

       Plaintiff                       Case No. 92-40348
                                                  Hon. Paul D. Borman
-v-                                            Claim No. 1991A05183
DAVID C. BURTON,
       Defendant

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on     7/10/08

PRESENT: HONORABLE PAUL D. BORMAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **FIRST NATIONAL BANK OF AMERCIA** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 10, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 10, 2008.

                                                s/Denise Goodine

                                                Case Manager